UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA, )
) CASE NO. MJ 12-155
    Plaintiff, )
)
    v. )
) DETENTION ORDER
GEORGE ELLIOTT CHAVIS, )
)
    Defendant. )
_____ )

Offense charged:    Possession of Heroin with Intent to Distribute; Possessing a Firearm in Furtherance of a Drug Trafficking Crime

Date of Detention Hearing:    April 4, 2012.

    The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

/ / /

DETENTION ORDER
PAGE -1

## FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. The government proffers evidence alleging defendant's connection with a multi-defendant drug trafficking case recently filed in this District. The government argues that defendant, who has a record of military enlistment from 1980 to 1985, was a firearms source for the drug trafficking organization as well as a driver. Defendant was a commercial truck driver for 15 years. He is a United States citizen with family ties and a history of recent travel to Mexico. The government proffers a linesheets from intercepted phone conversations during which the defendant's daughter is mentioned in connection with the potential assassination of a witness/co-conspirator, and about parking a drug transport vehicle at a location where the defendant is staying. There is evidence of substance abuse by defendant and some discrepancies in the verification of his personal history information.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with

counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this <u>4th</u> day of April, 2012.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3